**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: February 03, 2023<br>Docket #: 23-132<br>Short Title: Wildman v. Deutsche Bank Aktiengesellschaft | DC Docket #: 21-cv-4400<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Levy<br>DC Judge: Gonzalez |

## DOCKETING NOTICE

A notice of appeal filed by Appellants Jonathan L. Ashley, III, Jonathan Leigh Ashley, IV, Jordan T. Ashley, Tammie Maria Ashley, Cheryl Atwell, Erin Riedel, Angela Kahler, Pamela E. Alexander Bell, James Bell, Andrea Roe, Federick C. Benson, Beverly Mills, Maggie Mae Bilyeu, Katherine Abreu-Border, Mary Border, DeLaynie K. Peek, Francisco Javier Briseno Gutierrez, Luis Briseno, Marissa Brown, Ariell S. Taylor, individually and on behalf of the Estate of Christopher L. Brown, William A. Burley, Micheal Collins, Dan Olmstead, Tammy Olmstead, August Wildman, Corbin Cabrera, Daniel Matias Cabrera, Gillian Leigh Cabrera, M. G. C., by and through his next friend, August Wildman, R. X. C., by and through his next friend, August Wildman, Robert Cabrera, Ronald Paul Hopkins, Suzanne Renae Martinez, J D Prosser, Gloria Diane Trelfa, Cynthia Carol Campbell, Ramiro Cardoza, Jr., Ramiro Cardoza, Sr., Maria Cardoza, Brittani Marie Carner, T. M. C., by and through his next friend, Timothy Norman Carner, Timothy Norman Carner, Cordaro Devone Clark, Corteize Clark, Keyko D. Clark, Precious Clark, Cleveland Davis, April Cleary, Jonathan Cleary, B. C., by and through his next friend Holly Conrad, Holly Conrad, Peyton Cooney, A. C., by and through his next friend, Nicole Cox, Brennan Cox, H. C., by and through her next friend, Nicole Cox, Nicole Cox, Ross Cox, Anthony D'Augustine, Jennifer D'Augustine, Nicole D'Augustine, Patricia D'Augustine, Michele Kulesa, Brenda Daehling, Kayla Marie Daehling, Kirk W. Daehling, Heather Frances Daniels, James L. Daniels, Lucas Daniels, Sophie Daniels, Judith Sara Darrough, Robert Charles Darrough, C. D., by and through his next friend, Helena Davis, Helena Davis, Joseph Roger Deslauriers, Alberto D. Diaz, Anthony M. Diaz, Frances P. Diaz, Kayla N. Diaz, Matthew J. Diaz, Maximo Diaz, N.J.A.D., by and through his next friend, Kayla N. Diaz, N. J. D., by and through her next friend, Kayla N. Diaz, B. C. D., by and through his next friend, Kelli Dodge, Kelli Dodge, P. A. D., by and through her next friend, Kelli Dodge, Phouthasith Douangdara, Robert Alexander Dove, Sarah Peters-Duarte, individually, and on behalf of the Estate of Curtis Jospeh Duarte, Joseph Duarte, Joy Coy, Robert L. Dunning, individually and on behalf of the Estate of Tomoe Dunning, Carey Greggory DuVal, Erich Martin Ellis, James Russell Ellis, James Earl Ellis, Joelle R. Ellis, John F. Ellis, Vanessa Marie Anzures, Brian Edward Ellis, Julie Ann Ellis, Victor Raymond Ellis, Catherine Elm Boatwright, Margaret Elm Campbell, Dennis John Elm, Donna Lee Elm, Matthew Elm, Christine

Rangel, Charles Essex, Marion Ruth Hopkins, John L. Fant, Stephanie Jane Fisher, C. F., by and through his next friend, Stephanie Jane Fisher, K. F., by and through his next friend, Stephanie Jane Fisher, Thomas Anthony Fogarty, Erica Fox, Michael Festus Fox, Jason Wayne Gibson, Q. G., by and through his next friend, Kara Gibson, Kara Gibson, Jessica Anne Benson, Joanna Gilbert, Emmitt Dwayne Burns, Janice Caruso, Paul Edward Goins, III, Patricia Goins, Dana Rainey, L. C. D., By and through his next friend Bridgett L. DeHoff, Kirk Andrew Gollnitz, Tyler Gollnitz, Cedric Donshae Gordon, Sr., Cedric Frank Gordon, Adrian Kie-Alun Sherrod, Conchetta Michell Diaz, Kristin Caracciolo, Suni Chabrow, Paige Erlanger, Colby Anderson, Hayley Anderson, Glenda Green, Julie Green, Travis Scott Green, Carol Griffin, Daniel Griffin, Matt Griffin, Shawn Patrick Griffin, Jerry Hardison, individually and on behalf of the Estate of Teresa Hardison, Sheila Ristaino, Justina Hardison, Holly Marie Harpe, Angela Marie Harper, Brian Harper, Joseph Troy Husley, Jr., Adam Samuel Hartswick, Alex Henigan, Kevin Honaker, Larry D. Horns, Tamara Elaine Horns, Tiffany Louise Horns, Benjamin Horsley, Songmi Kietzmann, Kathleen Lynn Alexander, Daniel Owen Hughes, Patricia Shirley Hughes, Kristine Anne Zitny, Betty Darlene Black, Joey J. Hunter, II, Joey J. Hunter, Sr., Eric M. Hunter, Kenna Hunter, Nicholas Walter Robinson, IV, Michael Iubelt, Shelby Iubelt, I. V., by and through her next friend Shelby Iubelt, Charlotte Loquasto, J. A. L., by and through his next friend, Charlotte Loquasto, Bradley Dylan Ivanchan, Adam Matthew Jayne, Ayzia J. Jayne, Paul Elmer Jayne, Paul Elmer Jayne, G. A. S., by and through his next friend, Kent Alan Skeens, Kent Alan Skeens, Sherry A. Skeens, Trent Lorne Skeens, Z. R. S., by and through her next friend, Kent Alan Skeens, Brian Christopher Jergens, Terence Lonnie Jones, John C. McCarthy, Alison R. Pohn, Kevin King, Stephanie Ann Miller, Edward Klein, Abby Knapp-Morris, K.K., by and through her next friend, Abby Knapp-Morris, Brandon Korona, Brian Lambka, Jordan Lambka, Douglas A. Landphair, Jean S. Landphair, Meredith Landphair, B.R.L., by and through her next friend, Miranda Landrum, London Jacinda Belel, G.B.L., by and through his next friend Miranda Landrum, James R. Landrum, Janet Landrum, Miranda Landrum, Holly Lau Abraham, Leroy Wingkit Lau, Jr., Alexander Lau, David William Haalilio Lau, Hamide Lau, K.L., by and through his next friend, David William Haalilio Lau, M.L., by and through her next friend, David William Haalilio Lau, Vivian Perry, Michelle Lee Rauschenberger, Jammie Joann Smith, Eric Daniel Lund, Karyn Stone Marta, Lawrence Marta, Taylor Marta, Bob Surprenant, Kristie Surprenant, Brian M. Martin, Catherine G. Martin, Elizabeth A. Martin, Julie K. Martin, Jose Luis Martinez Hernandez, Liseth Martinez-Arellano, Chester R. McBride, Sr., Annie L. McBride, Alexandra Dorian McClintock, D.C.M., by and through his next friend, Alexandra Dorian McClintock, George B. McClintock, Joyce Patricia Paulsen, Kevin Williams, Kathleen McEvoy, Michelle Rose McEvoy, Patrick Charles McEvoy, Janice H. Proctor, Luann Varney, Shannon K. McNulty, John Means, Kimberly Metcalf, Clarence Joseph Metcalf, Jeremy J. Metzger, Theresa Karlson, Anna Maria Banzer, Andrea Kessler, Sofia Kessler, Eric Morgado, Jose Alberto Morgado, Connor Alexian Pladeck-Morgado, Anna Morgan, Jedidiah Daniel Morgan, Miriam A. Mullen, Nancy Marie Mullen, William J. Mullen, Catherine Mullins, Thomas Mullins, Bethany Rose Mullins Randall, Chet Murach, William Anthony Murach, William R. Nevins, Derrick Anthony Davis, Donald Edward Newman, Sr., Amanda Newman, Mary R. Hammerbacher-Nichols, Brandon Nichols, Cynthia Nichols, Douglas Nichols, Monte Douglas Nichols, Nicole Ann Robles, Bruce K. Nichols, Jeanne M. Nichols, M.G.N., by and through her next friend, Bruce K. Nichols, Adolf Olivas, Christa L. Osborn, Creighton David Osborn, Kade M. Osborn, Katlyn M. Osborn, Julia Ott, Nancy R. Wilson, Robin Elizabeth Akers, Tracy Anne Herring, Adan Perez, Anthony Perez, Debra Ann Perez, Nicholas Joseph Francis Perez, B.M., by and thorugh his next friend, Darilyn Perez, Ricardo J.

Perez-Ramos, Darilyn Perez, A. P., by and through her next friend, Darilyn Perez, S. P., by and through her next friend, Ricardo J. Perez-Ramos, G.W.P., by and through his next friend, Julianne Good Perry, Julianne Good Perry, Kathleen Perry, L.R.P., by and through her next friend, Julianne Good Perry, Stewart Lamar Perry, Ashley Peters, Deborah Jean Peters, Dennis W. Peters, G.R.P., by and through his next friend, Ashley Peters, Christine H. Philips, S.N.P., by and through her next friend, Christine H. Phillips, Bethany Rose Wesley, John Terry Pittman, Sr., Ida Belle Pittman, Jacob Richard Prescott, Joshua Michael Prescott, Tracey Marie Prescott, Judith L. Ashley, Louise P. Conlon, Meghan Janet Hollingsworth, MaryJane G. Medeiros, Sarah Tiffany Peterson, Brian Provost, Gail Provost, Gertrude Provost, John A. Provost, Louis Provost, Paul Provost, Scott Peter Provost, Lona L. Bosely, Andrea N. Ratzlaff, Hannah Mason, Summer Reeves Dunn, Charlotte Ann Reeves, Jennifer Katherine Reeves, Victoria Jane Reeves, Joyce Ann Tulloch, Mallory Taylor Willams, Scott Regelin, Shirene Regelin, Cassie Marie Richardson, Cynthia Jeffries Richmond, Michelle Riley, Rodney Riley, Nathan Jeremy Rimpf, Christopher Powers, Randy Ristau, Suzanne Ristau, Daniel Mark Robinson, Rodolfo Rodriguez, Sr., K. R., by and through her next friend, Melissa Rodriguez, Melissa Rodriguez, Barbara A. Roland, Erica M. Roland, Mark K. Roland, Angel R. Roldan, Lieselotte R. Roldan, Matthias P. Roldan, Samantha G. Roldan, Christopher J. Rosebrock, Alex Jason Rozanski, Joshua Anthony Sams, Colleen Whipple, A. L. S., by and through his next friend, Natalie Schmidt, Brandon Tyler Schmidt, LeeAnn Schmidt, Natalie Schmidt, Phillip J. Schmidt, Sheeshta Marie Perry, A.M.S., by and through her next friend, Tammie Sue Schoonhoven, Christopher Scott Schoonhoven, A.R.S., by and through her next friend, Tammie Sue Schoonhoven, Deborah Fern Schoonhoven, Tammie Sue Schoonhoven, Sarah Melinda Schwallie, Samuel Robert Shockley, Suzi L. Fernandez, Spenser J. Fernandez, Jordan L. Sibley, Lowell Brent Sibley, individually and on behalf of the Estate of Forrest B. Sibley, G.S., by and through his next friend, Georganne M. Siercks, Georganne M. Siercks, Joan M. Smedinghoff, Mark T. Smedinghoff, Mary Beth Smedinghoff, Regina C. Smedinghoff, Thomas Smedinghoff, Jan Marie Hurnblad Sparks, Gary Lee Sparks, Jane Sparks, Zachary Douglas Sparks, Lisa Martinusen, Marie Sentina Mielke, Annette Spehar, Jacob Louis Spehar, Luke Spehar, Patrick Spehar, Mitchell L. Stambaugh, Charles Wesley Strange, III, Charles Wesley Strange, Katelyn Marie Strange, Garrett Layne Funk, Joshua Nicholas Sust, Erin Nicole Goss, Trecia Brock Hood, Wendy Shedd, Freddie Dewey Sutton, Harriett Sutton, Summer Breanne Sutton, Diane Timoney, Gregory Timoney, Ryan Gregory Timoney, Frederick Allen Tolon, Esta Smith, Jimmy Smith, Emily Torian, Joe Torian, Nathan Ewell Torian, Brittany Taylor Townsend, Kevin Trimble, Christopher Michael Van Etten, Catherine Kimberly Vaughn Kryzda, C.C.V., by and through her next friend, Catherine Kimberly Vaughn Kryzda, R.C.V., by and through his next friend, Catherine Kimberly Vaughn Kryzda, Robert Martin Kahokulani Vickers, Jr., Robert Martin Kahokulani Vickers, Sr., Hortense Kainoa Wainani Vickers, K.N.V., by and through his next friend, Hortense Kainoa Wainani Vickers, K.E.F.V., by and through her next friend, Hortense Kainoa Wainani Vickers, K.M.G.V., by and through her next friend, Hortense Kainoa Wainani Vickers, Mark Matthew Kaleinani Vickers, Mary Jane Vickers, Vance Marshall Keliiolani Vickers, Makahea Xhelili, Michelle Joy Kapunaheleokalani Yarborough, Barry Welch, Lorria Welch, Zackary Welch, Jeffrey L. White, Sr., Kyle White, Michael White, Paula K. White, Michelle Carolina Rotelli, Martha Carolina Smith, Thomas Elmer Wickliff, Brian Anthony Williams, Clarence Williams, Jr., Abrill Renee Williams, Samantha Shervon Williams, Talisa Shervon Williams, Mona G. Betzen, Cody Worley, Gregory W. Worley, James Wayne Worley, Mark G. Worley, Baily Zimmerman, Chris Lee Zimmerman, Michelle Zimmerman, Daniel Lee Brown, Kristina Brown, Daniel Edward Stamper, Jr., Cameron Jay Stuart, Katy Stuart, Adriana Wakeling, Seth Wakeling, in the above

referenced case was docketed today as 22-132. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

YOUR CORRECT CONTACT INFORMATION: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

CHANGE IN CONTACT INFORMATION: An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case.

An attorney and any pro se party who is permitted to file documents electronically in CM/ECF must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. To update contact information, a Filing User must access PACER's Manage My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

CAPTION: In an appeal, the Court uses the district court caption pursuant to FRAP 12(a), 32(a). For a petition for review or original proceeding the Court uses a caption pursuant to FRAP 15(a) or 21(a), respectively. Please review the caption carefully and promptly advise this Court of any improper or inaccurate designations in writing on the Acknowledgment and Notice of Appearance form. If a party has been terminated from the case the caption may reflect that change only if the district court judge ordered that the caption be amended.

APPELLATE DESIGNATIONS: Please review whether appellant is listed correctly on the party listing page of the docket sheet and in the caption. If there is an error, please note on the Acknowledgment and Notice of Appearance Form. Timely submission of the Acknowledgment and Notice of Appearance Form will constitute compliance with the requirement to file a Representation Statement required by FRAP 12(b).

For additional information consult the Court's instructions posted on the website.

Inquiries regarding this case may be directed to 212-857-8503.