UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AUGUST WILDMAN, et al.,

                Plaintiffs,                              JUDGMENT

     v.                                                21-CV-04400 (HG) (RML)

DEUTSCHE BANK AKTIENGESELLSCHAFT,
et al.,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge, having been filed on December 29, 2022, granting Defendants' motions to dismiss with prejudice, *Miller v. Brightstar Asia, Ltd.,* 43 F.4th 112, 126 (2d Cir. 2022); it is

        ORDERED and ADJUDGED that Defendants' motions to dismiss are granted with prejudice. *Miller v. Brightstar Asia, Ltd.,* 43 F.4th 112, 126 (2d Cir. 2022).

| | |
|---|---|
| Dated: Brooklyn, NY<br>January 3, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By: */s/Jalitza Poveda*<br>       Deputy Clerk |