**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: February 10, 2023 | DC Docket #: 21-cv-4400 |
| Docket #: 23-132 | DC Court: EDNY (BROOKLYN) |
| Short Title: Wildman v. Deutsche Bank Aktiengesellschaft | DC Judge: Levy |
| | DC Judge: Gonzalez |

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8503.