## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Wildman v. Deutsche Bank Aktiengesellschaft          Docket No.: 23-132

Lead Counsel of Record (name/firm) or Pro se Party (name): Tejinder Singh / Sparacino PLLC

Appearance for (party/designation): Plaintiffs-Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
☐ Correct
☑ Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
☐ Correct
☐ Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _____
☑ Incorrect.   Please change the following parties' designations:
Party                          Correct Designation
See attached.

**Contact Information** for Lead Counsel/Pro Se Party is:
☑ Correct
☐ Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

☑ This case has not been before this Court previously.
☐ This case has been before this Court previously.   The short title, docket number, and citation are: _____

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
6/13/2022 _____OR that (☐) I applied for admission on_____or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: s/Tejinder Singh
Type or Print Name: Tejinder Singh
                    OR
Signature of pro se litigant: _____
Type or Print Name: _____
☐ I am a pro se litigant who is not an attorney.
☐ I am an incarcerated pro se litigant.

**Corrections to Caption and Appellate Designations**

The notice of appeal in this action was filed in the name of all plaintiffs named in the amended complaint (Doc. 38), and appealed the judgment dismissing their claims with respect to some, but not all, of the defendants. My office has reviewed the ECF caption and noticed that certain plaintiffs-appellants were omitted or misnamed in the caption. Certain defendants were erroneously classified as plaintiffs instead of defendants. And certain other defendants were erroneously classified as defendants-appellees.

Please find below a corrected caption, in clean and redline from the version on the Court's ECF page. We were advised by the clerk's office that it may be necessary to correct the way names were entered in the district court's ECF system before corrections can be made in this Court's caption. We are liaising with the clerk's office in the lower court to make those corrections, too.

Respectfully submitted,

s/Tejinder Singh

**Clean corrected caption:**

Jonathan L. Ashley, III, Jonathan Leigh Ashley, IV, Jordan T. Ashley, Tammie Maria Ashley, Cheryl Atwell, Erin Riedel, Angela Kahler, Pamela E. Alexander Bell, James Bell, London Jacinda Bell, Andrea Roe, Federick C. Benson, Beverly Mills, Maggie Mae Bilyeu, Katherine Abreu-Border, Mary Border, DeLaynie K. Peek, Francisco Javier Briseño Gutierrez, Luis Briseño, Marissa Brown, Ariell S. Taylor, individually and on behalf of the Estate of Christopher L. Brown, William A. Burley, William Michael Burley, Michael Collins, Dan Olmstead, Tammy Olmstead, August Wildman, Corbin Cabrera, Daniel Matias Cabrera, Gillian Leigh Cabrera, M. G. C., by and through his next friend, August Wildman, R. X. C., by and through his next friend, August Wildman, Robert Cabrera, Ronald Paul Hopkins, Suzanne Renae Martinez, J D Prosser, Gloria Diane Trelfa, Cynthia Carol Campbell, Ramiro Cardoza, Jr., Ramiro Cardoza, Sr., Maria Cardoza, Brittani Marie Carner, T. M. C., by and through his next friend, Timothy Norman Carner, Timothy Norman Carner, Cordaro Devone Clark, Corteize Clark, Keyko D. Clark, Precious Clark, Cleveland Davis, April Cleary, Jonathan Cleary, B. C., by and through his next friend Holly Conrad, Holly Conrad, Peyton Cooney, A. C., by and through his next friend, Nicole Cox, Brennan Cox, H. C., by and through her next friend, Nicole Cox, Nicole Cox, Ross Cox, Anthony D'Augustine, Jennifer D'Augustine, Nicole D'Augustine, Patricia D'Augustine, Michele Kulesa, Brenda Daehling, Kayla Marie Daehling, Kirk W. Daehling, Samantha Jean McNamara, Heather Frances Daniels, James L. Daniels, Lucas Daniels, Sophie Daniels, Judith Sara Darrough, Robert Charles Darrough, C. D., by and through his next friend, Helena Davis, Helena Davis, Joseph Roger

Deslauriers, Lisa Deslauriers, Alberto D. Diaz, Anthony M. Diaz, Frances P. Diaz, Kayla N. Diaz, Matthew J. Diaz, Maximo Diaz, N.J.A.D., by and through his next friend, Kayla N. Diaz, N. J. D., by and through her next friend, Kayla N. Diaz, B. C. D., by and through his next friend, Kelli Dodge, Kelli Dodge, P. A. D., by and through her next friend, Kelli Dodge, Phouthasith Douangdara, Robert Alexander Dove, Sarah Peters-Duarte, individually, and on behalf of the Estate of Curtis Joseph Duarte, Joseph Duarte, Joy Coy, Robert L. Dunning, individually and on behalf of the Estate of Tomoe Dunning, Carey Greggory DuVal, Erich Martin Ellis, James Russell Ellis, James Earl Ellis, Joelle R. Ellis, John F. Ellis, Vanessa Marie Anzures, Brian Edward Ellis, Julie Ann Ellis, Victor Raymond Ellis, Catherine Elm Boatwright, Margaret Elm Campbell, Dennis John Elm, Donna Lee Elm, Matthew Elm, Christine Rangel, Charles Essex, Marion Ruth Hopkins, John L. Fant, Stephanie Jane Fisher, C. F., by and through his next friend, Stephanie Jane Fisher, K. F., by and through his next friend, Stephanie Jane Fisher, Thomas Anthony Fogarty, Erica Fox, G. F., by and through his next friend Michael Festus Fox, Michael Festus Fox, Jason Wayne Gibson, Q. G., by and through his next friend, Kara Gibson, Kara Gibson, Jessica Anne Benson, Joanna Gilbert, Emmitt Dwayne Burns, Janice Caruso, Paul Edward Goins, III, Patricia Goins, Dana Rainey, L. C. D., By and through his next friend Bridgett L. DeHoff, Kirk Andrew Gollnitz, Tyler Gollnitz, Conchetta Michell Diaz, Cedric Donshae Gordon, Sr., Cedric Frank Gordon, Adrian Kie-Alun Sherrod, Kristin Caracciolo, Suni Chabrow, Paige Erlanger, Colby Anderson, Hayley Anderson, A. G., by and through her next friend, Travis Scott Green, A. G., by and through her next friend, Travis Scott Green, E. G., by and through her next friend, Travis Scott Green, Glenda Green, Julie Green, T. G., by and through her next friend, Travis Scott Green, Travis Scott Green, Carol Griffin, Daniel Griffin, Matt Griffin, Shawn Patrick Griffin, Sheila Ristaino, Jerry Hardison, individually and on behalf of the Estate of Teresa Hardison, Justina Hardison, Holly Marie Harpe, Angela Marie Harper, Brian Harper, Joseph Troy Hulsey, Jr., Adam Samuel Hartswick, Alex Henigan, Kevin Honaker, Larry D. Horns, Tamara Elaine Horns, Tiffany Louise Horns, Benjamin Horsley, John Horsley, Songmi Kietzmann, Kathleen Lynn Alexander, Daniel Owen Hughes, Patricia Shirley Hughes, Kristine Anne Zitny, Betty Darlene Black, Joey J. Hunter, II, Joey J. Hunter, Sr., Eric M. Hunter, J. H., by and through his next friend, Kenna Hunter, Kenna Hunter, K. H., by and through her next friend, Kenna Hunter, Nicholas Walter Robinson, IV, Michael Iubelt, Shelby Iubelt, V. I., by and through her next friend Shelby Iubelt, Charlotte Loquasto, J. A. L., by and through his next friend, Charlotte Loquasto, Bradley Dylan Ivanchan, Adam Matthew Jayne, Ayzia J. Jayne, Paul Elmer Jayne, G. A. S., by and through his next friend, Kent Alan Skeens, Kent Alan Skeens, Sherry A. Skeens, Trent Lorne Skeens, Z. R. S., by and through her next friend, Kent Alan Skeens, Brian Christopher Jergens, Terence Lonnie Jones, John C. McCarthy, Alison R. Pohn, Kevin King, Stephanie

Ann Miller, Edward Klein, Abby Knapp-Morris, K.K., by and through her next friend, Abby Knapp-Morris, Brandon Korona, Brian Lambka, Jordan Lambka, Douglas A. Landphair, Jean S. Landphair, Meredith Landphair, B.R.L., by and through her next friend, Miranda Landrum, G.B.L., by and through his next friend Miranda Landrum, James R. Landrum, Janet Landrum, Miranda Landrum, Holly Lau Abraham, Leroy Wingkit Lau, Jr., Alexander Lau, David William Haalilio Lau, Hamide Lau, K.L., by and through his next friend, David William Haalilio Lau, M.L., by and through her next friend, David William Haalilio Lau, Vivian Perry, Michelle Lee Rauschenberger, Jammie Joann Smith, Eric Daniel Lund, Karyn Sue Stone, Lawrence Marta, Taylor Marta, Bob Surprenant, Kristie Surprenant, Brian M. Martin, Catherine G. Martin, Elizabeth A. Martin, Julie K. Martin, Jose Luis Martinez Hernandez, Liseth Martinez-Arellano, Chester R. McBride, Sr., Annie L. McBride, Alexandra Dorian McClintock, D.C.M., by and through his next friend, Alexandra Dorian McClintock, George B. McClintock, Joyce Patricia Paulsen, Kathleen McEvoy, Michelle Rose McEvoy, Patrick Charles McEvoy, Janice H. Proctor, Luann Varney, Shannon K. McNulty, John Means, Clarence Joseph Metcalf, Kimberly Metcalf, Jeremy J. Metzger, Theresa Karlson, Anna Maria Banzer, Andrea Kessler, Sofia Kessler, Eric Morgado, Jose Alberto Morgado, Connor Alexian Pladeck-Morgado, Anna Morgan, Jedidiah Daniel Morgan, Miriam A. Mullen, Nancy Marie Mullen, William J. Mullen, Catherine Mullins, Thomas Mullins, Bethany Rose Mullins Randall, Chet Murach, William Anthony Murach, William R. Nevins, Derrick Anthony Davis, Donald Edward Newman, Sr., Amanda Newman, Mary R. Hammerbacher-Nichols, Brandon Nichols, Cynthia Nichols, Douglas Nichols, Monte Douglas Nichols, Nicole Ann Robles, Bruce K. Nichols, Jeanne M. Nichols, M.G.N., by and through her next friend, Bruce K. Nichols, Adolf Olivas, Christa L. Osborn, Creighton David Osborn, Kade M. Osborn, Katlyn M. Osborn, Julia Ott, Nancy R. Wilson, Robin Elizabeth Akers, Tracy Anne Herring, Adan Perez, Anthony Perez, Debra Ann Perez, Nicholas Joseph Francis Perez, B.M., by and through his next friend, Darilyn Perez Ramos, Ricardo J. PerezRamos, Darilyn Perez Ramos, A. P., by and through her next friend, Ricardo J. PerezRamos, S. P., by and through her next friend, Ricardo J. PerezRamos, A.T.P., by and through her next friend, Stewart Lamar Perry, G.W.P., by and through his next friend, Julianne Good Perry, Julianne Good Perry, Kathleen Perry, L.R.P., by and through her next friend, Julianne Good Perry, Stewart Lamar Perry, Ashley Peters, Deborah Jean Peters, Dennis W. Peters, G.R.P., by and through his next friend, Ashley Peters, Christine H. Philips, S.N.P., by and through her next friend, Christine H. Phillips, Bethany Rose Wesley, John Terry Pittman, Sr., Ida Belle Pittman, Aaron William Prescott, Jacob Richard Prescott, Joshua Michael Prescott, Tracey Marie Prescott, Judith L. Ashley, Louise P. Conlon, Meghan Janet Hollingsworth, MaryJane G. Medeiros, Sarah Tiffany Peterson, Brian Provost, Gail Provost, Gertrude Provost, John A. Provost, Louis Provost, Paul Provost, Scott

Peter Provost, Lona L. Bosely, Andrea N. Ratzlaff, Hannah Mason, Summer Reeves Dunn, Charlotte Ann Reeves, Jennifer Katherine Reeves, Victoria Jane Reeves, Joyce Ann Tulloch, Mallory Taylor Williams, Scott Regelin, Shirene Regelin, Cassie Marie Richardson, Cynthia Jeffries Richmond, Michelle Riley, Rodney Riley, Nathan Jeremy Rimpf, Christopher Powers, Halie Ristau, Randy Ristau, Suzanne Ristau, Daniel Mark Robinson, Rodolfo Rodriguez, Sr., Derek Rodriguez, K. R., by and through her next friend, Melissa Rodriguez, Melissa Rodriguez, Barbara A. Roland, Erica M. Roland, Mark K. Roland, Angel R. Roldan, Lieselotte R. Roldan, Matthias P. Roldan, Samantha G. Roldan, Christopher J. Rosebrock, Alex Jason Rozanski, Joshua Anthony Sams, Colleen Whipple, A. L. S., by and through his next friend, Natalie Schmidt, Brandon Tyler Schmidt, LeeAnn Schmidt, Natalie Schmidt, Phillip J. Schmidt, Sheeshta Marie Perry, A.M.S., by and through her next friend, Tammie Sue Schoonhoven, A.R.S., by and through her next friend, Tammie Sue Schoonhoven, Christopher Scott Schoonhoven, Deborah Fern Schoonhoven, Tammie Sue Schoonhoven, Sarah Melinda Schwallie, Samuel Robert Shockley, Spenser J. Fernandez, Suzi L. Fernandez, Jordan L. Sibley, Lowell Brent Sibley, individually and on behalf of the Estate of Forrest B. Sibley, G.S., by and through his next friend, Georganne M. Siercks, G.S., by and through his next friend, Georganne M. Siercks, Georganne M. Siercks, Joan M. Smedinghoff, Mark T. Smedinghoff, Mary Beth Smedinghoff, Regina C. Smedinghoff, Thomas Smedinghoff, Jan Marie Hurnblad Sparks, Erik Sparks, Garry Lee Sparks, Jane Sparks, Zachary Douglas Sparks, Lisa Martinusen, Marie Sentina Mielke, Annette Spehar, Jacob Louis Spehar, Luke Spehar, Patrick Spehar, Mitchell L. Stambaugh, Charles Wesley Strange, III, Carly Elizabeth Strange, Charles Wesley Strange, Katelyn Marie Strange, Garrett Layne Funk, Joshua Nicholas Sust, Erin Nicole Goss, Trecia Brock Hood, Wendy Shedd, Freddie Dewey Sutton, Harriett Sutton, Summer Breanne Sutton, Diane Timoney, Gregory Timoney, Ryan Gregory Timoney, Frederick Allen Tolon, Esta Smith, Jimmy Smith, Emily Torian, Joe Torian, Nathan Ewell Torian, Brittany Taylor Townsend, Kevin Trimble, Christopher Michael Van Etten, Catherine Kimberly Vaughn Kryzda, C.C.V., by and through her next friend, Catherine Kimberly Vaughn Kryzda, R.C.V., by and through his next friend, Catherine Kimberly Vaughn Kryzda, Robert Martin Kahokulani Vickers, Jr., Robert Martin Kahokulani Vickers, Sr., Hortense Kainoa Wainani Vickers, K.N.V., by and through his next friend, Hortense Kainoa Wainani Vickers, K.E.F.V., by and through her next friend, Hortense Kainoa Wainani Vickers, K.M.G.V., by and through her next friend, Hortense Kainoa Wainani Vickers, Mark Matthew Kaleinani Vickers, Mary Jane Vickers, Vance Marshall Keliiolani Vickers, Makahea Xhelili, Michelle Joy Kapunaheleokalani Yarborough, Barry Welch, Lorria Welch, Zackary Welch, Jeffrey L. White, Sr., Kyle White, Michael White, Paula K. White, Michelle Carolina Rotelli, Martha Carolina Smith, Thomas Elmer Wickliff, Brian Anthony Williams, Clarence Williams, Jr., Abrill

Renee Williams, Samantha Shervon Williams, Talisa Shervon Williams, Mona G. Betzen, Cody Worley, Gregory W. Worley, James Wayne Worley, Mark G. Worley, Baily Zimmerman, Chris Lee Zimmerman, Michelle Zimmerman, Daniel Lee Brown, Kristina Brown, Daniel Edward Stamper, Jr., Cameron Jay Stuart, Katy Stuart, Adriana Wakeling, Seth Wakeling,

   Plaintiffs - Appellants,

Adam Daehling, Samantha Daehling, G. F., by and through his next friend Erica Fox, A. G., by and through her next friend Julie Green, E. G., by and through her next friend Julie Green, T. G., by and through her next friend Julie Green, J. H., by and through his next friend Eric. M. Hunter, K. H., by and through her next friend Eric M. Hunter, L.A.E.L.B., by and through her next friend, Natasha Buchanan, Natasha Buchanan, S.L.L.B., by and through her next friend Natasha Buchanan, Spencer Dana Provost, Katrina M. Reeves, H. R., by and through her next friend Randy Ristau, D.R., by and through his next friend, Melissa Rodriguez, Rodzie Erfren Rodriguez, C.E.S., by and through her next friend, Charles Wesley Strange,

   Plaintiffs,

v.

Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, Danske Bank A/S,

   Defendant - Appellees,

Deutsche Bank UK, Deutsche Bank AG, New York Branch, Deutsche Bank AG, Dubai Branch, Standard Chartered Bank Limited, Standard Chartered Bank, Dubai Main Branch, Danske Markets Inc., Placid NK Corporation, DBA Placid Express, Wall Street Exchange LLC,

   Defendants.

**Redline corrected caption:**

Jonathan L. Ashley, III, Jonathan Leigh Ashley, IV, Jordan T. Ashley, Tammie Maria Ashley, Cheryl Atwell, Erin Riedel, Angela Kahler, Pamela E. Alexander Bell, James Bell, London Jacinda Bell, Andrea Roe, Federick C. Benson, Beverly Mills, Maggie Mae Bilyeu, Katherine Abreu-Border, Mary Border, DeLaynie K. Peek, Francisco Javier ~~Briseno~~Briseño Gutierrez, Luis ~~Briseno~~Briseño, Marissa Brown, Ariell S. Taylor, individually and on behalf of the Estate of Christopher L. Brown, William A. Burley, ~~Micheal~~William Michael Burley, Michael Collins, Dan Olmstead, Tammy Olmstead, August Wildman, Corbin Cabrera, Daniel Matias Cabrera, Gillian Leigh Cabrera, M. G. C., by and through his next friend, August Wildman, R. X. C., by and through his next friend, August Wildman, Robert Cabrera, Ronald Paul Hopkins, Suzanne Renae Martinez, J D Prosser, Gloria Diane Trelfa, Cynthia Carol Campbell, Ramiro Cardoza, Jr., Ramiro Cardoza, Sr., Maria Cardoza, Brittani Marie Carner, T. M. C., by and through his next friend, Timothy Norman Carner, Timothy Norman Carner, Cordaro Devone Clark, Corteize Clark, Keyko D. Clark, Precious Clark, Cleveland Davis, April Cleary, Jonathan Cleary, B. C., by and through his next friend Holly Conrad, Holly Conrad, Peyton Cooney, A. C., by and through his next friend, Nicole Cox, Brennan Cox, H. C., by and through her next friend, Nicole Cox, Nicole Cox, Ross Cox, Anthony D'Augustine, Jennifer D'Augustine, Nicole D'Augustine, Patricia D'Augustine, Michele Kulesa, Brenda Daehling, Kayla Marie Daehling, Kirk W. Daehling, Samantha Jean McNamara, Heather Frances Daniels, James L. Daniels, Lucas Daniels, Sophie Daniels, Judith Sara Darrough, Robert Charles Darrough, C. D., by and through his next friend, Helena Davis, Helena Davis, Joseph Roger Deslauriers, Lisa Deslauriers, Alberto D. Diaz, Anthony M. Diaz, Frances P. Diaz, Kayla N. Diaz, Matthew J. Diaz, Maximo Diaz, N.J.A.D., by and through his next friend, Kayla N. Diaz, N. J. D., by and through her next friend, Kayla N. Diaz, B. C. D., by and through his next friend, Kelli Dodge, Kelli Dodge, P. A. D., by and through her next friend, Kelli Dodge, Phouthasith Douangdara, Robert Alexander Dove, Sarah Peters-Duarte, individually, and on behalf of the Estate of Curtis ~~Jospeh~~Joseph Duarte, Joseph Duarte, Joy Coy, Robert L. Dunning, individually and on behalf of the Estate of Tomoe Dunning, Carey Greggory DuVal, Erich Martin Ellis, James Russell Ellis, James Earl Ellis, Joelle R. Ellis, John F. Ellis, Vanessa Marie Anzures, Brian Edward Ellis, Julie Ann Ellis, Victor Raymond Ellis, Catherine Elm Boatwright, Margaret Elm Campbell, Dennis John Elm, Donna Lee Elm, Matthew Elm, Christine Rangel, Charles Essex, Marion Ruth Hopkins, John L. Fant, Stephanie Jane Fisher, C. F., by and through his next friend, Stephanie Jane Fisher, K. F., by and through his next friend, Stephanie Jane Fisher, Thomas Anthony Fogarty, Erica Fox, G. F., by and through his next friend Michael Festus Fox, Michael Festus Fox, Jason Wayne Gibson, Q. G., by and through his next friend, Kara Gibson, Kara

Gibson, Jessica Anne Benson, Joanna Gilbert, Emmitt Dwayne Burns, Janice Caruso, Paul Edward Goins, III, Patricia Goins, Dana Rainey, L. C. D., By and through his next friend Bridgett L. DeHoff, Kirk Andrew Gollnitz, Tyler Gollnitz, Conchetta Michell Diaz, Cedric Donshae Gordon, Sr., Cedric Frank Gordon, Adrian Kie-Alun Sherrod, ~~Conchetta Michell Diaz,~~ Kristin Caracciolo, Suni Chabrow, Paige Erlanger, Colby Anderson, Hayley Anderson, A. G., by and through her next friend, Travis Scott Green, A. G., by and through her next friend, Travis Scott Green, E. G., by and through her next friend, Travis Scott Green, Glenda Green, Julie Green, T. G., by and through her next friend, Travis Scott Green, Travis Scott Green, Carol Griffin, Daniel Griffin, Matt Griffin, Shawn Patrick Griffin, Sheila Ristaino, Jerry Hardison, individually and on behalf of the Estate of Teresa Hardison, ~~Sheila Ristaino,~~ Justina Hardison, Holly Marie Harpe, Angela Marie Harper, Brian Harper, Joseph Troy ~~Husley~~Hulsey, Jr., Adam Samuel Hartswick, Alex Henigan, Kevin Honaker, Larry D. Horns, Tamara Elaine Horns, Tiffany Louise Horns, Benjamin Horsley, John Horsley, Songmi Kietzmann, Kathleen Lynn Alexander, Daniel Owen Hughes, Patricia Shirley Hughes, Kristine Anne Zitny, Betty Darlene Black, Joey J. Hunter, II, Joey J. Hunter, Sr., Eric M. Hunter, J. H., by and through his next friend, Kenna Hunter, Kenna Hunter, K. H., by and through her next friend, Kenna Hunter, Nicholas Walter Robinson, IV, Michael Iubelt, Shelby Iubelt, V. I.~~ V.~~, by and through her next friend Shelby Iubelt, Charlotte Loquasto, J. A. L., by and through his next friend, Charlotte Loquasto, Bradley Dylan Ivanchan, Adam Matthew Jayne, Ayzia J. Jayne, Paul Elmer Jayne, ~~Paul Elmer Jayne,~~ G. A. S., by and through his next friend, Kent Alan Skeens, Kent Alan Skeens, Sherry A. Skeens, Trent Lorne Skeens, Z. R. S., by and through her next friend, Kent Alan Skeens, Brian Christopher Jergens, Terence Lonnie Jones, John C. McCarthy, Alison R. Pohn, Kevin King, Stephanie Ann Miller, Edward Klein, Abby Knapp-Morris, K.K., by and through her next friend, Abby Knapp-Morris, Brandon Korona, Brian Lambka, Jordan Lambka, Douglas A. Landphair, Jean S. Landphair, Meredith Landphair, B.R.L., by and through her next friend, Miranda Landrum, ~~London Jacinda Belel,~~ G.B.L., by and through his next friend Miranda Landrum, James R. Landrum, Janet Landrum, Miranda Landrum, Holly Lau Abraham, Leroy Wingkit Lau, Jr., Alexander Lau, David William Haalilio Lau, Hamide Lau, K.L., by and through his next friend, David William Haalilio Lau, M.L., by and through her next friend, David William Haalilio Lau, Vivian Perry, Michelle Lee Rauschenberger, Jammie Joann Smith, Eric Daniel Lund, Karyn Sue Stone ~~Marta~~, Lawrence Marta, Taylor Marta, Bob Surprenant, Kristie Surprenant, Brian M. Martin, Catherine G. Martin, Elizabeth A. Martin, Julie K. Martin, Jose Luis Martinez Hernandez, Liseth Martinez-Arellano, Chester R. McBride, Sr., Annie L. McBride, Alexandra Dorian McClintock, D.C.M., by and through his next friend, Alexandra Dorian McClintock, George B. McClintock, Joyce Patricia Paulsen, ~~Kevin Williams,~~ Kathleen McEvoy, Michelle Rose McEvoy, Patrick

Charles McEvoy, Janice H. Proctor, Luann Varney, Shannon K. McNulty, John Means, ~~Kimberly Metcalf,~~ Clarence Joseph Metcalf, Kimberly Metcalf, Jeremy J. Metzger, Theresa Karlson, Anna Maria Banzer, Andrea Kessler, Sofia Kessler, Eric Morgado, Jose Alberto Morgado, Connor Alexian Pladeck-Morgado, Anna Morgan, Jedidiah Daniel Morgan, Miriam A. Mullen, Nancy Marie Mullen, William J. Mullen, Catherine Mullins, Thomas Mullins, Bethany Rose Mullins Randall, Chet Murach, William Anthony Murach, William R. Nevins, Derrick Anthony Davis, Donald Edward Newman, Sr., Amanda Newman, Mary R. Hammerbacher-Nichols, Brandon Nichols, Cynthia Nichols, Douglas Nichols, Monte Douglas Nichols, Nicole Ann Robles, Bruce K. Nichols, Jeanne M. Nichols, M.G.N., by and through her next friend, Bruce K. Nichols, Adolf Olivas, Christa L. Osborn, Creighton David Osborn, Kade M. Osborn, Katlyn M. Osborn, Julia Ott, Nancy R. Wilson, Robin Elizabeth Akers, Tracy Anne Herring, Adan Perez, Anthony Perez, Debra Ann Perez, Nicholas Joseph Francis Perez, B.M., by and ~~thorugh~~through his next friend, Darilyn Perez Ramos, Ricardo J. ~~Perez-Ramos~~PerezRamos, Darilyn Perez Ramos, A. P., by and through her next friend, ~~Darilyn Perez~~Ricardo J. PerezRamos, S. P., by and through her next friend, Ricardo J. ~~Perez-Ramos~~PerezRamos, A.T.P., by and through her next friend, Stewart Lamar Perry, G.W.P., by and through his next friend, Julianne Good Perry, Julianne Good Perry, Kathleen Perry, L.R.P., by and through her next friend, Julianne Good Perry, Stewart Lamar Perry, Ashley Peters, Deborah Jean Peters, Dennis W. Peters, G.R.P., by and through his next friend, Ashley Peters, Christine H. Philips, S.N.P., by and through her next friend, Christine H. Phillips, Bethany Rose Wesley, John Terry Pittman, Sr., Ida Belle Pittman, Aaron William Prescott, Jacob Richard Prescott, Joshua Michael Prescott, Tracey Marie Prescott, Judith L. Ashley, Louise P. Conlon, Meghan Janet Hollingsworth, MaryJane G. Medeiros, Sarah Tiffany Peterson, Brian Provost, Gail Provost, Gertrude Provost, John A. Provost, Louis Provost, Paul Provost, Scott Peter Provost, Lona L. Bosely, Andrea N. Ratzlaff, Hannah Mason, Summer Reeves Dunn, Charlotte Ann Reeves, Jennifer Katherine Reeves, Victoria Jane Reeves, Joyce Ann Tulloch, Mallory Taylor ~~Willams~~Williams, Scott Regelin, Shirene Regelin, Cassie Marie Richardson, Cynthia Jeffries Richmond, Michelle Riley, Rodney Riley, Nathan Jeremy Rimpf, Christopher Powers, Halie Ristau, Randy Ristau, Suzanne Ristau, Daniel Mark Robinson, Rodolfo Rodriguez, Sr., Derek Rodriguez, K. R., by and through her next friend, Melissa Rodriguez, Melissa Rodriguez, Barbara A. Roland, Erica M. Roland, Mark K. Roland, Angel R. Roldan, Lieselotte R. Roldan, Matthias P. Roldan, Samantha G. Roldan, Christopher J. Rosebrock, Alex Jason Rozanski, Joshua Anthony Sams, Colleen Whipple, A. L. S., by and through his next friend, Natalie Schmidt, Brandon Tyler Schmidt, LeeAnn Schmidt, Natalie Schmidt, Phillip J. Schmidt, Sheeshta Marie Perry, A.M.S., by and through her next friend, Tammie Sue Schoonhoven, ~~Christopher Scott Schoonhoven,~~A.R.S., by and through her next friend, Tammie Sue Schoonhoven, Christopher Scott Schoonhoven, Deborah Fern

Schoonhoven, Tammie Sue Schoonhoven, Sarah Melinda Schwallie, Samuel Robert Shockley, ~~Suzi L~~Spenser J. Fernandez, ~~Spenser J~~Suzi L. Fernandez, Jordan L. Sibley, Lowell Brent Sibley, individually and on behalf of the Estate of Forrest B. Sibley, G.S., by and through his next friend, Georganne M. Siercks, G.S., by and through his next friend, Georganne M. Siercks, Georganne M. Siercks, Joan M. Smedinghoff, Mark T. Smedinghoff, Mary Beth Smedinghoff, Regina C. Smedinghoff, Thomas Smedinghoff, Jan Marie Hurnblad Sparks, ~~Gary~~Erik Sparks, Garry Lee Sparks, Jane Sparks, Zachary Douglas Sparks, Lisa Martinusen, Marie Sentina Mielke, Annette Spehar, Jacob Louis Spehar, Luke Spehar, Patrick Spehar, Mitchell L. Stambaugh, Charles Wesley Strange, III, Carly Elizabeth Strange, Charles Wesley Strange, Katelyn Marie Strange, Garrett Layne Funk, Joshua Nicholas Sust, Erin Nicole Goss, Trecia Brock Hood, Wendy Shedd, Freddie Dewey Sutton, Harriett Sutton, Summer Breanne Sutton, Diane Timoney, Gregory Timoney, Ryan Gregory Timoney, Frederick Allen Tolon, Esta Smith, Jimmy Smith, Emily Torian, Joe Torian, Nathan Ewell Torian, Brittany Taylor Townsend, Kevin Trimble, Christopher Michael Van Etten, Catherine Kimberly Vaughn Kryzda, C.C.V., by and through her next friend, Catherine Kimberly Vaughn Kryzda, R.C.V., by and through his next friend, Catherine Kimberly Vaughn Kryzda, Robert Martin Kahokulani Vickers, Jr., Robert Martin Kahokulani Vickers, Sr., Hortense Kainoa Wainani Vickers, K.N.V., by and through his next friend, Hortense Kainoa Wainani Vickers, K.E.F.V., by and through her next friend, Hortense Kainoa Wainani Vickers, K.M.G.V., by and through her next friend, Hortense Kainoa Wainani Vickers, Mark Matthew Kaleinani Vickers, Mary Jane Vickers, Vance Marshall Keliiolani Vickers, Makahea Xhelili, Michelle Joy Kapunaheleokalani Yarborough, Barry Welch, Lorria Welch, Zackary Welch, Jeffrey L. White, Sr., Kyle White, Michael White, Paula K. White, Michelle Carolina Rotelli, Martha Carolina Smith, Thomas Elmer Wickliff, Brian Anthony Williams, Clarence Williams, Jr., Abrill Renee Williams, Samantha Shervon Williams, Talisa Shervon Williams, Mona G. Betzen, Cody Worley, Gregory W. Worley, James Wayne Worley, Mark G. Worley, Baily Zimmerman, Chris Lee Zimmerman, Michelle Zimmerman, Daniel Lee Brown, Kristina Brown, Daniel Edward Stamper, Jr., Cameron Jay Stuart, Katy Stuart, Adriana Wakeling, Seth Wakeling,

    Plaintiffs - Appellants,

Adam Daehling, Samantha Daehling, G. F., by and through his next friend Erica Fox, A. G., by and through her next friend Julie Green, E. G., by and through her next friend Julie Green, T. G., by and through her next friend Julie Green, ~~Deutsche Bank AG, Dubai Branch, J.J.~~ H., by and through his next friend Eric. M. Hunter, K. H., by and through her next friend Eric M. Hunter, L.A.E.L.B., by and through her next friend, Natasha Buchanan, Natasha Buchanan, S.L.L.B., by and

through her next friend Natasha Buchanan, Spencer Dana Provost, Katrina M. Reeves, H. R., by and through her next friend Randy Ristau, D.R., by and through his next friend, Melissa Rodriguez, Rodzie Erfren Rodriguez, C.E.S., by and through her next friend, Charles Wesley Strange,

       Plaintiffs,

v.

Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, Danske Bank A/S, ~~Placid NK Corporation, DBA Placid Express, Wall Street Exchange LLC,~~

       Defendant - Appellees,

Deutsche Bank UK, Deutsche Bank AG, New York <u>Branch, Deutsche Bank AG, Dubai</u> Branch, Standard Chartered Bank Limited, Standard Chartered Bank, Dubai Main Branch, Danske Markets Inc., <u>Placid NK Corporation, DBA Placid Express, Wall Street Exchange LLC,</u>

       Defendants.