# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

AUGUST WILDMAN, *et al.*,

       Plaintiffs-Appellants,

   v.

DEUTSCHE BANK
AKTIENGESELLSCHAFT, et al.,

       Defendants-Appellees.

No. 23-132

## APPELLANTS' SCHEDULING NOTIFICATION

Pursuant to this Court's Rule 31.2, appellants respectfully request that our opening brief and appendix be accepted for filing on or before May 11, 2023. This date is less than 91 days from the ready date.

       Respectfully submitted,

       */s/ Tejinder Singh*

       Tejinder Singh
       Sparacino PLLC
       1920 L Street, NW
       Suite 835
       Washington, DC 20036
       Tel: 202.629.3530
       tejinder.singh@sparacinopllc.com

## CERTIFICATE OF SERVICE

I certify that on February 21, 2023, I caused the foregoing scheduling notification to be filed and served on all parties using this Court's ECF system.

/s/Tejinder Singh
Attorney for Appellants