**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: February 22, 2023 | DC Docket #: 21-cv-4400 |
| Docket #: 23-132 | DC Court: EDNY (BROOKLYN) |
| Short Title: Wildman v. Deutsche Bank Aktiengesellschaft | DC Judge: Levy |
| | DC Judge: Gonzalez |

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee's counsel Acknowledgment and Notice of Appearance was due on February 17, 2023. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee's counsel.

If appellee / respondent's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee / respondent's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8503.