

1920 L Street, NW, Suite 835, Washington, DC 20036
**(202) 629-3530** | sparacinopllc.com

February 28, 2023

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Wildman v. Deutsche Bank Aktiengesellschaft*, No. 23-132

Dear Clerk Wolfe,

     I write to respectfully request a correction to the caption in this case. When I filed my Acknowledgment and Notice of Appearance, I included a corrected caption, which accurately lists all of the parties to the appeal. I have since been advised that to accomplish certain corrections, I should submit this letter regarding appellate designations, and a separate motion to add the names of missing plaintiffs-appellants.

     In this letter, I respectfully request that two entities, currently listed in the caption as defendants-appellees, be reclassified as defendants. The entities are Placid NK Corporation, DBA Placid Express, and Wall Street Exchange LLC. The two entities should be defendants, and not defendants-appellees, because we did not identify them in the Notice of Appeal, and we do not intend to appeal the judgment as to these defendants.

     Per the Court's instructions, we will file a separate motion to add the names of currently missing plaintiffs-appellants.

                                                Respectfully submitted,

                                                <u>/s Tejinder Singh</u>