**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: March 02, 2023 | DC Docket #: 21-cv-4400 |
| Docket #: 23-132 | DC Court: EDNY (BROOKLYN) |
| Short Title: Wildman v. Deutsche Bank Aktiengesellschaft | DC Judge: Levy |
| | DC Judge: Gonzalez |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.