**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: March 02, 2023  
Docket #: 23-132  
Short Title: Wildman v. Deutsche Bank Aktiengesellschaft  

DC Docket #: 21-cv-4400  
DC Court: EDNY (BROOKLYN)  
DC Judge: Levy  
DC Judge: Gonzalez  

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8527.