# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-132

**Caption [use short title]**

**Motion for:** Removal of case from expedited calendar

Set forth below precise, complete statement of relief sought:

Appellants seek to remove this case from the expedited appeals calendar and proceed according to their previously filed Rule 31.2 Scheduling Notification. This motion is unopposed.

Wildman v. Deutsche Bank Aktiengesellschaft

**MOVING PARTY:** All appellants
**OPPOSING PARTY:** All defendant-appellees

☑ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Tejinder Singh
**OPPOSING ATTORNEY:** Several (see attached)

[name of attorney, with firm, address, phone number and e-mail]

Sparacino PLLC
1920 L St. NW. Suite 835. Washington, DC 20036
202.629.3530. tejinder.singh@sparacinopllc.com

**Court- Judge/ Agency appealed from:** EDNY (Judge Gonzalez)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
s/Tejinder Singh    **Date:** 3/6/2023    Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

List of opposing counsel:

David G. Januszewski
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3352
djanuszewski@cahill.com

*Attorney for Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas*

Andrew Finn
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4081
Finna@sullcrom.com

*Attorney for Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited*

Brian T. Frawley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
FrawleyB@sullcrom.com

*Attorney for Danske Bank A/S*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| August Wildman, et al.<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>Deutsche Bank Aktiengesellschaft, et al.,<br><br>        Defendants-Appellees. | No. 23-132<br><br>**APPELLANTS' UNOPPOSED MOTION TO REMOVE CASE FROM EXPEDITED CALENDAR** |

    Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1, appellants respectfully move to remove this appeal from the expedited calendar. Appellants have consulted with counsel of record for all appellees, who have informed us that appellees do not oppose this motion.

    On February 21, 2023, appellants filed a Rule 31.2 scheduling notification requesting a deadline of May 11, 2023, which is less than 91 days from the ready date in this case, for their opening brief. On March 2, 2023, this Court instead placed the appeal on the Court's expedited calendar, setting appellants' due date as April 6, 2023, and appellees' due date as May 11, 2023.

    Appellants respectfully request that the Court remove this case from the expedited calendar and permit them to file according to the deadline set forth in their previously filed scheduling notification. This request is supported by good cause for several reasons. First, although this case is at the pleading stage, this is a complex appeal. The allegations arise out of injures to hundreds of Americans, who allege distinct misconduct by each of three appellee banking companies. In effect, briefing

this appeal is similar to briefing three appeals at once, and additional time is necessary for appellants to prepare a cogent and concise brief for this Court's review. Second, the press of other matters will make preparation of the brief by April 6 extremely difficult. In addition to briefing this appeal, counsel for appellants is preparing to present oral argument in this Court on March 8 (in case 22-18), in the Northern District of California on March 17 (in case 18-cv-3018), and in the Supreme Court of the United States on April 18 (in cases 21-1326 and 22-111). Counsel will also be filing a reply brief on the merits in the Supreme Court on April 7 (a deadline that cannot be moved). Third, it is possible, and indeed likely, that one or more amici will wish to file briefs in this case. Removing the case from the expedited calendar would facilitate those filings by giving the amici more time. And finally, no prejudice to any party will result from this relief, as evidenced by the fact that appellees do not oppose it.

For the foregoing reasons, appellants respectfully request that the Court remove this appeal from the expedited calendar.

Respectfully submitted,

s/Tejinder Singh

SPARACINO PLLC
1920 L Street, NW
Suite 835
Washington, DC 20036
(202) 679-7007
tejinder.singh@sparacinopllc.com

2

**CERTIFICATE OF SERVICE**

  I certify that on March 6, 2023, I filed and served the foregoing motion upon all parties using this Court's ECF system.

                      s/Tejinder Singh