# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand twenty-three.

Before:      Alison J. Nathan,
                  *Circuit Judge,*
_____

Jonathan L. Ashley, III, et al.                  **ORDER**

          Plaintiffs-Appellants,          Docket No. 23-132

v.

Deutsche Bank Aktiengesellschaft, et al.,

          Defendants – Appellees.
_____

Appellants move for the removal of this matter from the Expedited Appeals Calendar and to proceed according to their previously filed Local Rule 31.2 scheduling notification. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' principal brief is due May 11, 2023.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court