**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 23-132 _____   _____ Caption [use short title] _____

Motion for: leave to file oversized brief _____

_____

_____

Set forth below precise, complete statement of relief sought:

Appellants request to file an opening brief of up to _____    **Wildman v. Deutsche Bank Aktiengesellschaft**

16,800 words. This motion is unopposed. _____

_____

_____

_____

_____

MOVING PARTY: All appellants _____   OPPOSING PARTY: All defendant-appellees _____

[✔] Plaintiff        [ ] Defendant

[✔] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Tejinder Singh _____   OPPOSING ATTORNEY: Several (see attached) _____

[name of attorney, with firm, address, phone number and e-mail]

Sparacino PLLC _____   _____

1920 L St. NW. Suite 835. Washington, DC 20036 ____   _____

202.629.3530. tejinder.singh@sparacinopllc.com ____   _____

Court- Judge/ Agency appealed from: EDNY (Judge Gonzalez) _____

**Please check appropriate boxes:**                  **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below?          [ ] Yes [ ] No
[✔] Yes  [ ] No (explain): _____        Has this relief been previously sought in this court?   [ ] Yes [ ] No
_____            Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:                 _____
[✔] Unopposed  [ ] Opposed  [ ] Don't Know            _____
Does opposing counsel intend to file a response:         _____
[ ] Yes  [✔] No  [ ] Don't Know                      _____

Is oral argument on motion requested?   [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✔] No  If yes, enter date: _____

**Signature of Moving Attorney:**

s/Tejinder Singh _____ Date: 4/4/2023 _____   Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

List of opposing counsel:

David G. Januszewski
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3352
djanuszewski@cahill.com

*Attorney for Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas*

Andrew Finn
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4081
Finna@sullcrom.com

*Attorney for Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited*

Brian T. Frawley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
FrawleyB@sullcrom.com

*Attorney for Danske Bank A/S*

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| August Wildman, et al. <br><br>            Plaintiffs-Appellants, <br><br> v. <br><br> Deutsche Bank Aktiengesellschaft, et al., <br><br>            Defendants-Appellees. | No. 23-132 <br><br> **APPELLANTS' UNOPPOSED MOTION TO FILE OVERSIZED OPENING BRIEF** |

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rules 27.1 and 31.2(c), plaintiffs-appellants respectfully move to enlarge their opening brief from 14,000 words to 16,800 words. I have conferred with counsel for all defendants-appellees, who do not oppose the requested relief.

This is a complex arising appeal under the Anti-Terrorism Act (ATA), 18 U.S.C. § 2333. Plaintiffs comprise hundreds of members of Gold Star families whose loved ones were killed or injured by terrorists in Afghanistan. Defendants-appellees are companies associated with three international banks that plaintiffs allege aided and abetted those acts of terrorism. The allegations against each bank differ, as the banks are alleged to have aided terrorists through different means and mechanisms, and allegations relating to their scienter are bank-specific as well. This appeal relates to the sufficiency of plaintiffs' complaint, which the district court dismissed at the pleading stage.

In the district court, each defendant-appellee bank filed its own motion to dismiss, and those three motions were briefed separately. On appeal, plaintiffs-

appellants will file a single brief addressing all three banks. An enlargement of the opening brief is necessary for plaintiffs-appellants to effectively lay out the arguments relating to each bank and explain the district court's errors.

The 2800-word enlargement plaintiffs-appellants request is relatively modest, constituting only a 20% increase over normal size. It is also small relative to the amount of briefing we will be responding to—as we believe defendants-appellees intend to file three separate briefs, totaling up to 42,000 words. The requested enlargement is also less than what this Court has recently granted. For example, in No. 22-76, *Fuld v. Palestine Liberation Organization*, another case under the ATA, the defendants-appellees filed an opposed motion to enlarge their brief to 24,000 words, explaining that they were responding to two appellant briefs and amicus briefs. This Court granted the motion in part, permitting a brief of up to 19,000 words. *See Fuld* Doc. No. 145. Relative to that, an opening brief of 16,800 words in this complex appeal is reasonable. The reasonableness of the request is further buttressed by the fact that defendants-appellees do not oppose it.

For the foregoing reasons, appellants respectfully request leave to file an opening brief of up to 16,800 words.

Respectfully submitted,

s/Tejinder Singh

SPARACINO PLLC
1920 L Street, NW
Suite 835
Washington, DC 20036
(202) 679-7007
tejinder.singh@sparacinopllc.com

2

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2023, I filed and served the foregoing motion upon all parties using this Court's ECF system.

s/Tejinder Singh