# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-three.

Before:     Maria Araújo Kahn,
                *Circuit Judge*,

_____

August Wildman, et al.,

      Plaintiffs-Appellants,

v.

Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, Danske Bank A/S,

      Defendants – Appellees.

_____

**ORDER**

Docket No. 23-132

      Appellants move for leave to file an oversized principal brief of up to 16,800 words.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court