NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Wildman v. Deutsche Bank Aktiengesellschaft   Docket No.: 23-132

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Geoffrey Eaton

Firm: Sparacino PLLC

Address: 1920 L St. NW, Suite 835, Washington DC 20036

Telephone: (202) 422-8676    Fax: (202) 629-9740

E-mail: geoff.eaton@sparacinopllc.com

Appearance for: Plaintiffs-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Tejinder Singh / Sparacino PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Geoffrey Eaton

Type or Print Name: Geoffrey Eaton