# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Wildman v. Deutsche Bank Aktiengesellschaft**  Docket No.: **23-132**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Lee Wolosky**

Firm: **Jenner & Block LLP**

Address: **1155 Avenue of the Americas, New York, NY 10036-2711**

Telephone: **(212) 891-1600**  Fax: **(212) 891-1699**

E-mail: **LWolosky@jenner.com**

Appearance for: **Amici Curiae Plaintiffs in Bonacasa v. Standard Chartered PLC**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **August Wildman et al., Plaintiffs-Appellants** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **Lee Wolosky**

Type or Print Name: **/s/ Lee Wolosky**