**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Wildman v. Deutsche Bank Aktiengesellschaft    Docket No.: 23-132

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrianna D. Kastanek

Firm: Jenner & Block LLP

Address: 353 North Clark Street, Chicago, IL 60654

Telephone: (312) 222-9350    Fax: (312) 527-0484

E-mail: akastanek@jenner.com

Appearance for: Amici Curiae Plaintiffs in Bonacasa v. Standard Chartered PLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: August Wildman et al., Plaintiffs-Appellants )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: Andrianna D. Kastanek

Type or Print Name: /s/ Andrianna D. Kastanek