# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty-three.

_____

| | |
|---|---|
| Jonathan L. Ashley, III, et al., | **ORDER** |
|     Plaintiffs-Appellants, | Docket No. 23-132 |
| v. | |
| Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, Danske Bank A/S, | |
|     Defendants – Appellees. | |

_____

    Plaintiffs in *Bonacasa v. Standard Chartered PLC*, S.D.N.Y. No. 22-cv-03320, seek leave to file an amici curiae brief in support of Plaintiffs-Appellants and reversal.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court
