# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

DANIEL R. ANDERSON
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
CHRISTOPHER BEVAN
BROCKTON B. BOSSON
JONATHAN BROWNSON *
DONNA M. BRYAN
EMEKA C. CHINWUBA
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
SAMSON A. ENZER
JENNIFER B. EZRING
GERALD J. FLATTMANN JR.

HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
SESI GARIMELLA
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
MARK LOFTUS
JOHN MacGREGOR
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
JOEL MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THOMAS ROCHER
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
ANDREW SCHWARTZ

DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JOHN A. TRIPODORO
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
ELIZABETH M. YAHL
JOSHUA M. ZELIG

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

(212) 701-3352

May 19, 2023

Re: *August Wildman, et al.*, v. *Deutsche Bank Aktiengesellschaft, et al.*, No. 23-132

Dear Ms. O'Hagan Wolfe:

We are counsel for Defendants-Appellees Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas in the above-referenced appeal.

I write on behalf of all Defendants-Appellees to respectfully request, pursuant to Local Rule 31.2(a)(1)(B), that the Court set August 10, 2023 as the deadline for Defendants-Appellees to submit their response brief(s). That deadline would be ninety-one days from May 11, 2023, the day Plaintiffs-Appellants filed their opening brief.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

David G. Januszewski

The Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

cc: All Counsel of Record (By ECF)

CAHILL GORDON & REINDEL LLP

-2-

Additional Counsel for Defendants-Appellees:

SULLIVAN & CROMWELL LLP

By: */s/ Andrew J. Finn*
Andrew J. Finn
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000  finna@sullcrom.com

*Attorneys for Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered (Pakistan) Limited*

SULLIVAN & CROMWELL LLP

By: */s/ Brian T. Frawley*
Brian T. Frawley
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
frawleyb@sullcrom.com

*Attorneys for Danske Bank A/S*