# UNITED STATES COURT OF APPEALS
# for the
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty-three,

| | |
|---|---|
| Jonathan L. Ashley, III, Jonathan Leigh Ashley, IV, Jordan T. Ashley, Tammie Maria Ashley, Cheryl Atwell, Erin Riedel, Angela Kahler, Pamela E. Alexander Bell, James Bell, Andrea Roe, Federick C. Benson, Beverly Mills, Maggie Mae Bilyeu, Katherine Abreu-Border, Mary Border, DeLaynie K. Peek, Francisco Javier Briseno Gutierrez, Luis Briseno, Marissa Brown, Ariell S. Taylor, individually and on behalf of the Estate of Christopher L. Brown, William A. Burley, Micheal Collins, Dan Olmstead, Tammy Olmstead, August Wildman, Corbin Cabrera, Daniel Matias Cabrera, Gillian Leigh Cabrera, M. G. C., by and through his next friend, August Wildman, R. X. C., by and through his next friend, August Wildman, Robert Cabrera, Ronald Paul Hopkins, Suzanne Renae Martinez, J D Prosser, Gloria Diane Trelfa, Cynthia Carol Campbell, Ramiro Cardoza, Jr., Ramiro Cardoza, Sr., Maria Cardoza, Brittani Marie Carner, T. M. C., by and through his next friend, Timothy Norman Carner, Timothy Norman Carner, Cordaro Devone Clark, Corteize Clark, Keyko D. Clark, Precious Clark, Cleveland Davis, April Cleary, Jonathan Cleary, B. C., by and through his next friend Holly Conrad, Holly Conrad, Peyton Cooney, A. C., by and through his next friend, Nicole Cox, Brennan Cox, H. C., by and through her next friend, Nicole Cox, Nicole Cox, Ross Cox, Anthony D'Augustine, Jennifer D'Augustine, Nicole D'Augustine, Patricia D'Augustine, Michele Kulesa, Brenda Daehling, Kayla Marie Daehling, Kirk W. Daehling, Heather Frances Daniels, James L. Daniels, Lucas Daniels, Sophie Daniels, Judith Sara Darrough, Robert Charles Darrough, C. D., by and through his next friend, Helena Davis, Helena Davis, Joseph Roger Deslauriers, Alberto D. Diaz, Anthony M. Diaz, Frances P. Diaz, Kayla N. Diaz, Matthew J. Diaz, Maximo Diaz, N.J.A.D., by and through his next friend, | **ORDER**<br>Docket No: 23-132 |

Kayla N. Diaz, N. J. D., by and through her next friend, Kayla N. Diaz, B. C. D., by and through his next friend, Kelli Dodge, Kelli Dodge, P. A. D., by and through her next friend, Kelli Dodge, Phouthasith Douangdara, Robert Alexander Dove, Sarah Peters-Duarte, individually, and on behalf of the Estate of Curtis Jospeh Duarte, Joseph Duarte, Joy Coy, Robert L. Dunning, individually and on behalf of the Estate of Tomoe Dunning, Carey Greggory DuVal, Erich Martin Ellis, James Russell Ellis, James Earl Ellis, Joelle R. Ellis, John F. Ellis, Vanessa Marie Anzures, Brian Edward Ellis, Julie Ann Ellis, Victor Raymond Ellis, Catherine Elm Boatwright, Margaret Elm Campbell, Dennis John Elm, Donna Lee Elm, Matthew Elm, Christine Rangel, Charles Essex, Marion Ruth Hopkins, John L. Fant, Stephanie Jane Fisher, C. F., by and through his next friend, Stephanie Jane Fisher, K. F., by and through his next friend, Stephanie Jane Fisher, Thomas Anthony Fogarty, Erica Fox, Michael Festus Fox, Jason Wayne Gibson, Q. G., by and through his next friend, Kara Gibson, Kara Gibson, Jessica Anne Benson, Joanna Gilbert, Emmitt Dwayne Burns, Janice Caruso, Paul Edward Goins, III, Patricia Goins, Dana Rainey, L. C. D., By and through his next friend Bridgett L. DeHoff, Kirk Andrew Gollnitz, Tyler Gollnitz, Cedric Donshae Gordon, Sr., Cedric Frank Gordon, Adrian Kie-Alun Sherrod, Conchetta Michell Diaz, Kristin Caracciolo, Suni Chabrow, Paige Erlanger, Colby Anderson, Hayley Anderson, Glenda Green, Julie Green, Travis Scott Green, Carol Griffin, Daniel Griffin, Matt Griffin, Shawn Patrick Griffin, Jerry Hardison, individually and on behalf of the Estate of Teresa Hardison, Sheila Ristaino, Justina Hardison, Holly Marie Harpe, Angela Marie Harper, Brian Harper, Joseph Troy Husley, Jr., Adam Samuel Hartswick, Alex Henigan, Kevin Honaker, Larry D. Horns, Tamara Elaine Horns, Tiffany Louise Horns, Benjamin Horsley, Songmi Kietzmann, Kathleen Lynn Alexander, Daniel Owen Hughes, Patricia Shirley Hughes, Kristine Anne Zitny, Betty Darlene Black, Joey J. Hunter, II, Joey J. Hunter, Sr., Eric M. Hunter, Kenna Hunter, Nicholas Walter Robinson, IV, Michael Iubelt, Shelby Iubelt, V. I., by and through her next friend Shelby Iubelt, Charlotte Loquasto, J. A. L., by and through his next friend, Charlotte Loquasto, Bradley Dylan Ivanchan, Adam Matthew Jayne, Ayzia J. Jayne, Paul Elmer Jayne, G. A. S., by and through his next

friend, Kent Alan Skeens, Kent Alan Skeens, Sherry A. Skeens, Trent Lorne Skeens, Z. R. S., by and through her next friend, Kent Alan Skeens, Brian Christopher Jergens, Terence Lonnie Jones, John C. McCarthy, Alison R. Pohn, Kevin King, Stephanie Ann Miller, Edward Klein, Abby Knapp-Morris, K.K., by and through her next friend, Abby Knapp-Morris, Brandon Korona, Brian Lambka, Jordan Lambka, Douglas A. Landphair, Jean S. Landphair, Meredith Landphair, B.R.L., by and through her next friend, Miranda Landrum, London Jacinda Belel, G.B.L., by and through his next friend Miranda Landrum, James R. Landrum, Janet Landrum, Miranda Landrum, Holly Lau Abraham, Leroy Wingkit Lau, Jr., Alexander Lau, David William Haalilio Lau, Hamide Lau, K.L., by and through his next friend, David William Haalilio Lau, M.L., by and through her next friend, David William Haalilio Lau, Vivian Perry, Michelle Lee Rauschenberger, Jammie Joann Smith, Eric Daniel Lund, Karyn Stone Marta, Lawrence Marta, Taylor Marta, Bob Surprenant, Kristie Surprenant, Brian M. Martin, Catherine G. Martin, Elizabeth A. Martin, Julie K. Martin, Jose Luis Martinez Hernandez, Liseth Martinez-Arellano, Chester R. McBride, Sr., Annie L. McBride, Alexandra Dorian McClintock, D.C.M., by and through his next friend, Alexandra Dorian McClintock, George B. McClintock, Joyce Patricia Paulsen, Kathleen McEvoy, Michelle Rose McEvoy, Patrick Charles McEvoy, Janice H. Proctor, Luann Varney, Shannon K. McNulty, John Means, Kimberly Metcalf, Clarence Joseph Metcalf, Jeremy J. Metzger, Theresa Karlson, Anna Maria Banzer, Andrea Kessler, Sofia Kessler, Eric Morgado, Jose Alberto Morgado, Connor Alexian Pladeck-Morgado, Anna Morgan, Jedidiah Daniel Morgan, Miriam A. Mullen, Nancy Marie Mullen, William J. Mullen, Catherine Mullins, Thomas Mullins, Bethany Rose Mullins Randall, Chet Murach, William Anthony Murach, William R. Nevins, Derrick Anthony Davis, Donald Edward Newman, Sr., Amanda Newman, Mary R. Hammerbacher-Nichols, Brandon Nichols, Cynthia Nichols, Douglas Nichols, Monte Douglas Nichols, Nicole Ann Robles, Bruce K. Nichols, Jeanne M. Nichols, M.G.N., by and through her next friend, Bruce K. Nichols, Adolf Olivas, Christa L. Osborn, Creighton David Osborn, Kade M. Osborn, Katlyn M. Osborn, Julia Ott, Nancy R. Wilson, Robin Elizabeth Akers, Tracy

Anne Herring, Adan Perez, Anthony Perez, Debra Ann Perez, Nicholas Joseph Francis Perez, B.M., by and through his next friend, Darilyn Perez, Ricardo J. Perez-Ramos, Darilyn Perez, A. P., by and through her next friend, Darilyn Perez, S. P., by and through her next friend, Ricardo J. Perez-Ramos, G.W.P., by and through his next friend, Julianne Good Perry, Julianne Good Perry, Kathleen Perry, L.R.P., by and through her next friend, Julianne Good Perry, Stewart Lamar Perry, Ashley Peters, Deborah Jean Peters, Dennis W. Peters, G.R.P., by and through his next friend, Ashley Peters, Christine H. Philips, S.N.P., by and through her next friend, Christine H. Phillips, Bethany Rose Wesley, John Terry Pittman, Sr., Ida Belle Pittman, Jacob Richard Prescott, Joshua Michael Prescott, Tracey Marie Prescott, Judith L. Ashley, Louise P. Conlon, Meghan Janet Hollingsworth, MaryJane G. Medeiros, Sarah Tiffany Peterson, Brian Provost, Gail Provost, Gertrude Provost, John A. Provost, Louis Provost, Paul Provost, Scott Peter Provost, Lona L. Bosely, Andrea N. Ratzlaff, Hannah Mason, Summer Reeves Dunn, Charlotte Ann Reeves, Jennifer Katherine Reeves, Victoria Jane Reeves, Joyce Ann Tulloch, Mallory Taylor Williams, Scott Regelin, Shirene Regelin, Cassie Marie Richardson, Cynthia Jeffries Richmond, Michelle Riley, Rodney Riley, Nathan Jeremy Rimpf, Christopher Powers, Randy Ristau, Suzanne Ristau, Daniel Mark Robinson, Rodolfo Rodriguez, Sr., K. R., by and through her next friend, Melissa Rodriguez, Melissa Rodriguez, Barbara A. Roland, Erica M. Roland, Mark K. Roland, Angel R. Roldan, Lieselotte R. Roldan, Matthias P. Roldan, Samantha G. Roldan, Christopher J. Rosebrock, Alex Jason Rozanski, Joshua Anthony Sams, Colleen Whipple, A. L. S., by and through his next friend, Natalie Schmidt, Brandon Tyler Schmidt, LeeAnn Schmidt, Natalie Schmidt, Phillip J. Schmidt, Sheeshta Marie Perry, A.M.S., by and through her next friend, Tammie Sue Schoonhoven, Christopher Scott Schoonhoven, A.R.S., by and through her next friend, Tammie Sue Schoonhoven, Deborah Fern Schoonhoven, Tammie Sue Schoonhoven, Sarah Melinda Schwallie, Samuel Robert Shockley, Suzi L. Fernandez, Spenser J. Fernandez, Jordan L. Sibley, Lowell Brent Sibley, individually and on behalf of the Estate of Forrest B. Sibley, G.S., by and through his next friend, Georganne M. Siercks, Georganne M. Siercks, Joan M.

Smedinghoff, Mark T. Smedinghoff, Mary Beth Smedinghoff, Regina C. Smedinghoff, Thomas Smedinghoff, Jan Marie Hurnblad Sparks, Garry Lee Sparks, Jane Sparks, Zachary Douglas Sparks, Lisa Martinusen, Marie Sentina Mielke, Annette Spehar, Jacob Louis Spehar, Luke Spehar, Patrick Spehar, Mitchell L. Stambaugh, Charles Wesley Strange, III, Charles Wesley Strange, Katelyn Marie Strange, Garrett Layne Funk, Joshua Nicholas Sust, Erin Nicole Goss, Trecia Brock Hood, Wendy Shedd, Freddie Dewey Sutton, Harriett Sutton, Summer Breanne Sutton, Diane Timoney, Gregory Timoney, Ryan Gregory Timoney, Frederick Allen Tolon, Esta Smith, Jimmy Smith, Emily Torian, Joe Torian, Nathan Ewell Torian, Brittany Taylor Townsend, Kevin Trimble, Christopher Michael Van Etten, Catherine Kimberly Vaughn Kryzda, C.C.V., by and through her next friend, Catherine Kimberly Vaughn Kryzda, R.C.V., by and through his next friend, Catherine Kimberly Vaughn Kryzda, Robert Martin Kahokulani Vickers, Jr., Robert Martin Kahokulani Vickers, Sr., Hortense Kainoa Wainani Vickers, K.N.V., by and through his next friend, Hortense Kainoa Wainani Vickers, K.E.F.V., by and through her next friend, Hortense Kainoa Wainani Vickers, K.M.G.V., by and through her next friend, Hortense Kainoa Wainani Vickers, Mark Matthew Kaleinani Vickers, Mary Jane Vickers, Vance Marshall Keliiolani Vickers, Makahea Xhelili, Michelle Joy Kapunaheleokalani Yarborough, Barry Welch, Lorria Welch, Zackary Welch, Jeffrey L. White, Sr., Kyle White, Michael White, Paula K. White, Michelle Carolina Rotelli, Martha Carolina Smith, Thomas Elmer Wickliff, Brian Anthony Williams, Clarence Williams, Jr., Abrill Renee Williams, Samantha Shervon Williams, Talisa Shervon Williams, Mona G. Betzen, Cody Worley, Gregory W. Worley, James Wayne Worley, Mark G. Worley, Baily Zimmerman, Chris Lee Zimmerman, Michelle Zimmerman, Daniel Lee Brown, Kristina Brown, Daniel Edward Stamper, Jr., Cameron Jay Stuart, Katy Stuart, Adriana Wakeling, Seth Wakeling, Erik Sparks, William Michael Burley, Lisa Deslauriers, A.T.P., by and through her next friend, Stewart Lamar Perry, Aaron William Prescott,

                Plaintiffs - Appellants,

Adam Daehling, Samantha Daehling, G. F., by and

through his next friend Erica Fox, A. G., by and through her next friend Julie Green, E. G., by and through her next friend Julie Green, T. G., by and through her next friend Julie Green, J. H., by and through his next friend Eric. M. Hunter, K. H., by and through her next friend Eric M. Hunter, L.A.E.L.B., by and through her next friend, Natasha Buchanan, Natasha Buchanan, S.L.L.B., by and through her next friend Natasha Buchanan, Spencer Dana Provost, Katrina M. Reeves, H. R., by and through her next friend Randy Ristau, D.R., by and through his next friend, Melissa Rodriguez, Rodzie Erfren Rodriguez, C.E.S., by and through her next friend, Charles Wesley Strange, Kevin Williams,

   Plaintiffs,

v.

Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, Danske Bank A/S,

   Defendants - Appellees,

Deutsche Bank UK, Deutsche Bank AG, New York Branch, Standard Chartered Bank Limited, Standard Chartered Bank, Dubai Main Branch, Danske Markets Inc., Deutsche Bank AG, Dubai Branch, Placid NK Corporation, DBA Placid Express, Wall Street Exchange LLC,

   Defendants.
_____

  Counsel for APPELLEE Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, and Danske Bank A/S have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 10, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before August 10, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court