# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 17, 2023

Via CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:     *Wildman* v. *Deutsche Bank Aktiengesellschaft*, No. 23-132-cv

Dear Ms. O'Hagan Wolfe:

I respectfully request leave to withdraw my appearance as an attorney of record on behalf of Defendant-Appellee Danske Bank A/S ("Danske Bank") in the above-captioned action.  Withdrawal is sought because I will not be associated with Sullivan & Cromwell LLP effective as of July 17, 2023.  Danske Bank continues to be represented by attorney Brian T. Frawley of Sullivan & Cromwell LLP.

My withdrawal will not adversely affect the interests of Danske Bank or delay this appeal.  I am not asserting a retaining or charging lien.

Sincerely,

*/s/ Amanda Shami*
Amanda Shami

cc:     Counsel of Record