**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Wildman v. Deutsche Bank Aktiengesellschaft    Docket No.: 23-132

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Miles Wiley

Firm: Cahill Gordon & Reindel LLP

Address: 32 Old Slip, New York, NY 10005

Telephone: 212-701-3395    Fax:

E-mail: mwiley@cahill.com

Appearance for: Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas / Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David Januszewski/Cahill Gordon & Reindel LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 15, 2020    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Miles Wiley

Type or Print Name: Miles Wiley