# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Wildman v. Deutsche Bank Aktiengesellschaft**   Docket No.: **23-132**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Judson O. Littleton

Firm: Sullivan & Cromwell LLP

Address: 1700 New York Avenue, N.W. Suite 700, Washington D.C. 20006

Telephone: (202) 956-7500   Fax: (202) 293-6330

E-mail: littletonj@sullcrom.com

Appearance for: Appellees Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered (Pakistan) Ltd.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Finn, Sullivan & Cromwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **originally admitted 01/18/2017; renewed 01/18/2022**   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Judson O. Littleton

Type or Print Name: Judson O. Littleton