NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Wildman v. Deutsche Bank Aktiengesellschaft          Docket No.: 23-132

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Zoe A. Jacoby

Firm: Sullivan & Cromwell LLP

Address: 1700 New York Avenue, N.W. Suite 700, Washington D.C. 20006-5215, US

Telephone: (202) 956-7500          Fax: (202) 293-6330

E-mail: jacobyz@sullcrom.com

Appearance for: Appellees Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered (Pakistan) Ltd.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Finn, Sullivan & Cromwell LLP _____)
(name/firm)

☐ Amicus (in support of:_____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 05/05/2022                                                              OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Zoe A. Jacoby

Type or Print Name: Zoe A. Jacoby