# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Wildman v. Deutsche Bank Aktiengesellschaft    Docket No.: 23-132

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sharon L. Nelles

Firm: Sullivan & Cromwell LLP

Address: 125 Broad Street, New York, NY 10004-2498

Telephone: (212) 558-4000    Fax: (212) 558-3588

E-mail: nelless@sullcrom.com

Appearance for: Appellees Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered (Pakistan) Ltd.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Finn, Sullivan & Cromwell LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on 08/10/2023 (previously admitted on 03/15/2005 and renewed on 03/23/2011 and 02/10/2016).

Signature of Counsel: /s/ Sharon L. Nelles

Type or Print Name: Sharon L. Nelles