# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | GEOFFREY E. LIEBMANN | DARREN SILVER |
| HELENE R. BANKS | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | MARK LOFTUS | JOSIAH M. SLOTNICK |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | ——— | JOHN MacGREGOR | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | SESI GARIMELLA | | BRIAN T. MARKLEY | SUSANNA M. SUH |
| CHRISTOPHER BEVAN | ARIEL GOLDMAN | 1990 K STREET, N.W. | MEGHAN N. McDERMOTT | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | PATRICK GORDON | WASHINGTON, DC 20006-1181 | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| JONATHAN BROWNSON * | JASON M. HALL | (202) 862-8900 | EDWARD N. MOSS | HERBERT S. WASHER |
| DONNA M. BRYAN | STEPHEN HARPER | | JOEL MOSS | MICHAEL B. WEISS |
| EMEKA C. CHINWUBA | WILLIAM M. HARTNETT | CAHILL GORDON & REINDEL (UK) LLP | NOAH B. NEWITZ | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | NOLA B. HELLER | 20 FENCHURCH STREET | WARREN NEWTON § | C. ANTHONY WOLFE |
| JAMES J. CLARK | CRAIG M. HOROWITZ | LONDON EC3M 3BY | DAVID R. OWEN | ELIZABETH M. YAHL |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | +44 (0) 20 7920 9800 | JOHN PAPACHRISTOS | |
| AYANO K. CREED | DAVID G. JANUSZEWSKI | ——— | LUIS R. PENALVER | |
| PRUE CRIDDLE ± | JAKE KEAVENY | | SHEILA C. RAMESH | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | BRIAN S. KELLEHER | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | |
| STUART G. DOWNING | RICHARD KELLY | | OLEG REZZY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | CHÉRIE R. KISER ‡ | | THOMAS ROCHER * | |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | ‡ ADMITTED IN DC ONLY |
| SAMSON A. ENZER | TED B. LACEY | | TAMMY L. ROY | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | |
| GERALD J. FLATTMANN JR. | JOEL H. LEVITIN | | ANDREW SCHWARTZ | |

(212) 701-3833

August 10, 2023

Re: *Wildman* v. *Deutsche Bank Aktiengesellschaft, et al.,* No. 23-132-cv

Dear Ms. O'Hagan Wolfe:

We represent Defendants-Appellees Deutsche Bank Aktiengesellschaft and Deutsche Bank Trust Company Americas (together "Deutsche Bank") in the above-referenced appeal. I write to inform the Court that, pursuant to Federal Rule of Appellate Procedure 28(i), Deutsche Bank joins in and adopts the entirety of the Brief for Appellees filed on August 10, 2023 (Dkt. No. 115).

Respectfully submitted,

/s/ Sheila C. Ramesh

Sheila C. Ramesh

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

VIA ECF

cc: Counsel of Record (via ECF)