# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 10, 2023

<u>Via ECF</u>

Catherine O'Hagan Wolfe,
   Clerk of Court,
      U.S. Court of Appeals for the Second Circuit,
         Thurgood Marshall United States Courthouse,
            40 Foley Square,
               New York, New York  10007.

        Re:     *Wildman* v. *Deutsche Bank Aktiengesellschaft*, No. 23-132

Dear Ms. O'Hagan Wolfe:

        I write on behalf of Defendant-Appellee Danske Bank A/S ("Danske Bank") in connection with the above-referenced appeal.  Pursuant to Federal Rule of Appellate Procedure 28(i), Danske Bank joins the Brief for Appellees filed today, August 10, 2023, by Standard Chartered Bank, Standard Chartered Bank (Pakistan) Limited and Standard Chartered PLC (ECF No. 115).

        Please do not hesitate to contact me at (212) 558-4983 if you have any questions.

        Respectfully,

        */s/ Brian T. Frawley*
         Brian T. Frawley

cc:     Counsel of Record (via ECF)