NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Wildman, et al. v. Deutsche Bank Aktiengesellschaft, et al.  Docket No.: 23-132

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew J. Pincus

Firm: Mayer Brown LLP

Address: 1999 K St NW, Washington, DC 20006

Telephone: 202-263-3000　Fax: 202-263-5220

E-mail: apincus@mayerbrown.com

Appearance for: The Institute of International Bankers, et al.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support of: Defendants-Appellees )
(party/designation)

**CERTIFICATION**

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2/10/2021　OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Andrew J. Pincus

Type or Print Name: Andrew J. Pincus