# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-132

**Caption [use short title]**

**Motion for:** extension of time to file reply brief

Set forth below precise, complete statement of relief sought:

An extension of time to file the reply brief from August 31, 2023 to and including September 29, 2023.

Wildman v. Deutsche Bank Aktiengesellschaft

**MOVING PARTY:** Plaintiffs-appellants
**OPPOSING PARTY:** All defendants-appellees

[✔] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Tejinder Singh
**OPPOSING ATTORNEY:** Jeffrey B. Wall
[name of attorney, with firm, address, phone number and e-mail]

Sparacino PLLC
1920 L Street NW, Suite 835. Washington, DC 20036
202.629.3530; tejinder.singh@sparacinopllc.com

Sullivan & Cromwell LLP
1700 New York Avenue NW, Suite 700. Washington, DC 20006
202.956.7500; wallj@sullcrom.com

**Court- Judge/ Agency appealed from:** EDNY (Judge Gonzalez)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain):

Opposing counsel's position on motion:
[✔] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [✔] No   [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   [ ] Yes   [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes   [✔] No   If yes, enter date:

**Signature of Moving Attorney:**
s/Tejinder Singh   **Date:** 8/18/2023   Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| August Wildman, et al., | |
|---|---|
| Plaintiffs-Appellants, | No. 23-132 |
| v. | |
| Deutsche Bank Aktiengesellschaft, et al., | **APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |
| Defendants-Appellees. | |

Appellants August Wildman, et al., respectfully move for an extension of time to file their reply brief. Appellees filed their brief on August 10, 2023. Absent an extension of time, the reply brief would be due on August 31, 2023. Appellants respectfully request a 29-day extension of time to and including September 29, 2023. This is the first request for an extension of time. I have conferred with counsel for appellees, who has confirmed that appellees do not oppose the relief sought.

The extension is supported by good cause because the press of other matters will make preparation of the reply impossible otherwise. In addition to preparing this reply, counsel for appellants is working toward numerous other deadlines including a response to a motion for summary judgment due August 21, a response to a motion for reconsideration due August 25, and an opening appellate brief due August 30. These deadlines are in addition to ongoing work on numerous non-public matters. In addition to work deadlines, counsel has heightened family obligations at the end of the summer because alternative childcare arrangements for his three young children are unavailable for the next two weeks. Additional time is

accordingly necessary to prepare a thorough and cogent reply brief for this Court's review.

Second, additional time is warranted because appellees' brief relies extensively on precedent that had not yet been decided when the opening brief was filed, and because appellees received support on August 17 from a group of amici who contend that the precedents cited in appellants' opening brief were recently overruled. Additional time is necessary to evaluate these new arguments.

Finally, no prejudice will result from this extension—as demonstrated by appellee's gracious consent to the relief sought. Argument has not yet been set, and no other deadlines will be affected.

Respectfully submitted,

s/Tejinder Singh

SPARACINO PLLC
1920 L Street, NW
Suite 835
Washington, DC 20036
(202) 679-7007
tejinder.singh@sparacinopllc.com

## CERTIFICATE OF SERVICE

I certify that on August 18, 2023, I filed and served the foregoing motion upon all parties using this Court's ECF system.

s/Tejinder Singh