# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand twenty-three.

_____

| | |
|---|---|
| Jonathan L. Ashley, III, et al., | **ORDER** |
|     Plaintiffs - Appellants, | Docket No. 23-132 |
| v. | |
| Deutsche Bank Aktiengesellschaft, et al., | |
|     Defendants- Appellees. | |

_____

    Appellants move for an extension of time, to and including September 29, 2023, to file the reply brief.

    IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court