# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

___

NEW YORK • LOS ANGELES • PALO ALTO

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 20, 2023

Via CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Wildman* v. *Deutsche Bank Aktiengesellschaft*, No. 23-132

Dear Ms. Wolfe:

    The Court has proposed setting this case for oral argument during the week of March 11, 2024, but has not yet set an argument date. Before the Court finalizes the argument calendar, I want to update the Court that I am not available to appear for oral argument on March 15 because of a client board meeting.

    Sincerely,

    /s/ Jeffrey B. Wall
    Jeffrey B. Wall
    Sullivan & Cromwell LLP
    1700 New York Avenue, NW
    Washington, DC 20006
    (202) 956-7500
    wallj@sullcrom.com

    *Counsel for Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2023, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

                                                  /s/ Jeffrey B. Wall
                                                  Jeffrey B. Wall

December 20, 2023