# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

———

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 30, 2024

Via CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Wildman* v. *Deutsche Bank Aktiengesellschaft*, No. 23-132

Dear Ms. Wolfe:

  I respectfully request to withdraw as counsel for appellees Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited in this case. I am leaving Sullivan & Cromwell LLP effective August 30, 2024. Appellees will continue to be represented by Sharon L. Nelles, Jeffrey B. Wall, Andrew J. Finn, Judson O. Littleton, and Bradley P. Smith of Sullivan & Cromwell, and will not be prejudiced by this withdrawal.

        Sincerely,

        /s/ Zoe A. Jacoby
        Zoe A. Jacoby

        *Counsel for Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Bank (Pakistan) Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2024, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

                                               /s/ Zoe A. Jacoby
                                               Zoe A. Jacoby

August 30, 2024