# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-five.

Before:     Alison J. Nathan,
              *Circuit Judge.*

---

| | |
|---|---|
| Jonathan L. Ashley, III, et al., | **ORDER** |
|     Plaintiffs - Appellants, | Docket No. 23-132 |
| v. | |
| Deutsche Bank Aktiengesellschaft, Deutsche Bank Trust Company Americas, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Bank (Pakistan) Limited, Danske Bank A/S, | |
|     Defendants – Appellees. | |

    Former Political Branch Officers and Officials move for leave to file an amici curiae brief in support of Appellants' petition for rehearing and rehearing en banc.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                      For the Court:
                                                      Catherine O'Hagan Wolfe,
                                                       Clerk of Court